AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 6:24 cr 853
)
A BLUE-COLORED APPLE iPHONE CELLULAR )
TELEPHONE SEIZED FROM SHAQUILLE BARBER )
(TARGET TELEPHONE) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A (incorporated by reference).

located in the _____ District of ____South Carolina____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B (incorporated by reference).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846, 841(a)(1) | Possess w/ intent to distribute controlled substances & conspiracy to do the same |
| 18 U.S.C. § 924(c) | Use of firearms to further drug trafficking |
| 18 U.S.C. § 1956 | Laundering of drug proceeds |

The application is based on these facts:
See attached Affidavit (incorporated by reference).

☑ Continued on the attached sheet.

☑ Delayed notice of __90__ days (give exact ending date if more than 30 days: __05/20/2024__) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Paul Wanta, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __2/20/24__

_____
Judge's signature

Honorable Kevin F. McDonald, U.S. Magistrate Judge
Printed name and title

City and state: Greenville, South Carolina